**UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA**

**CASE NO. 1:24-CV-20924-MARTINEZ**

BENJAMIN RIVERA-SERRALTA,

      Plaintiff,

v.

CARNIVAL CORPORATION,

      Defendant.

_____/

**DEFENDANT'S NOTICE OF SERVING FIRST SUPPLMENTAL RESPONSES
TO PLAINTIFF'S FIRST SET OF INTERROGATORIES**

      Defendant, CARNIVAL CORPORATION, by and through undersigned counsel, hereby

gives notice of serving supplemental responses to Plaintiff's First Set of Interrogatories.

**CERTIFICATE OF SERVICE**

      **I HEREBY CERTIFY** that a true and correct copy of the foregoing was served via-email on this 18th day of September, 2024 to the recipients on the service list below.

GrayRobinson, P.A.
515 North Flagler Drive, Ste. 650
West Palm Beach, Florida 33401
Tel: (561) 268-5727
Fax: (561) 268-5747

By: */s/ Cooper Jarnagin*
    Michael J. Drahos
    Florida Bar No. 0617059
    michael.drahos@gray-robinson.com
    W. Cooper Jarnagin
    Florida Bar No. 117767
    cooper.jarnagin@gray-robinson.com
    Ashley Genoese
    Florida Bar No. 1019357
    ashley.genoese@gray-robinson.com

**SERVICE LIST**
**CASE NO. 1:24-cv-20924-MARTINEZ**


Robert L. Gardana
Valentina Alfarez
12350 SW 132nd Court
Suite 204
Miami, FL 33186
305-358-0000
Fax: 305-358-1680
robert@gardanalaw.com
valentina@gardanalaw.com

**I.**     **<u>PRELIMINARY STATEMENT</u>**

The party on whose behalf these Responses are given has not yet completed its investigation of the facts relating to this incident, has not yet completed its discovery in this action, and has not yet completed its preparation for trial. Consequently, the following Responses are given without prejudice to the responding party's right to produce, at the time of trial, subsequently discovered evidence relating to the proof of facts subsequently discovered to be relevant.

Except for facts exclusively admitted herein, no admission of any nature whatsoever is to be implied or inferred. The fact that a request herein has been answered should not be taken as an admission or concession of the existence of any fact as set forth or assumed. All responses are given on the basis of present recollection.

**DEFENDANT'S FIRST SUPPLEMENTAL RESPONSES
TO PLAINTIFF'S FIRST SET OF INTERROGATORIES**

5.  List any and all prior incidents and/or claims for personal injuries involving any passenger or crew member that was injured upon slipping and falling on the same or similar type of staircase upon which Plaintiff fell while aboard the *Carnival Paradise* or any Fantasy class ships within the Discovery Period, and for each such incident, state: (a) the date of said incident; (b) a description of the location(s) of the incident, (c) the cause(s) of the incident, and the facts surrounding the incident; (d) whether any litigation resulted for such incident and, if so, identify the court and the case number and all parties such litigation; (e) the specific injuries suffered; and (f) full name, job/other title, employer, telephone number, email address, and present address of each person listed.

**RESPONSE: Per the parties' 7.1 discovery conference, Defendant performed a search of passenger slip and fall incidents on staircase 215 on *Fantasy*-class vessels from November 1, 2018 through April 17, 2022. None of the below prior incidents resulted in litigation. Defendant makes no representation that the disclosed incidents are substantially similar to Plaintiff's alleged incident.**

| # | Date | Name | Location | Description |
|---|------|------|----------|-------------|
| 1 | **November 26, 2018** | **Gayle Pearce 8875 Shaula Way San Diego, CA 92126 (619) 807-4923 gayle0544@gmail.com** | ***Inspiration* Stair 215 Between Deck 7 and 6** | **Around 4 p.m. while descending the stair, her heel caught/slipped on the stair and she fell back from the fourth step onto her back on the landing area. She was wearing sandals at the time of her fall. She sustained a sprain and strain of her lumbar spine and pelvis. She did not report the incident until the following day.** |
| 2 | **January 6, 2019** | **Donald Morrison 2240 Balsam Court Iowa City, IA 52240 (319) 594-5529 Starentertainment12 @gmail.com** | ***Sensation* Stair 215 Between Deck 9 and 8** | **Around 5 p.m., while walking down the stair he slipped on a step (third or fourth from the top) and grabbed the railing to prevent himself from falling. He was wearing tennis shoes at the time of his fall. Two** |

| | | | | |
|---|---|---|---|---|
| | | | | visible "Watch Your Step" signs were affixed on the stairs. He sustained a right shoulder contusion. |
| 3 | June 28, 2019 | C.M. (minor) 14239 Islamorada Drive Orlando, FL 32837 (403) 233-8355 kalgero@aol.com | *Fascination* Stair 215 Between deck 9 and 8 | 17 year-old minor guest, in presence of his mother Kim Calgero, reached the second last step from the bottom and stumbled, causing an ankle sprain injury. He was wearing flip flops. |
| 4 | June 29, 2019 | Kevlen Simpson 4129 Tresler Avenue North Highlands, CA 95660 (925) 234-5244 simpsonkot@yahoo.com | *Inspiration* Stair 215 Between Deck 10 and 9 | Around 10:18 a.m., Guest was descending stairs holding a food plate in one hand and a drink in another, rolled her right foot, and slipped and fell. She sustained a fracture to her metatarsal bone of the proximal 4th and 5th toe on her right foot. She was wearing sandals. |
| 5 | July 21, 2019 | Charles Tillery 1006 Colonial Drive Hartselle, Alabama 35640 (256) 531-2419 No e-mail available | *Ecstasy* Stair 215 Between Deck 5 and 4 | Around 8:40 p.m., while descending stair, after reaching the third step from the bottom, his right foot slipped on metal top edge of step and he landed on the following step. While landing, his right foot got twisted and he experienced an ankle injury. He was wearing tennis shoes. Watch Your Step signs were posted. He did not report the incident until the following day. |
| 6 | January 2, 2020 | Sharon Hicklin PO Box 6756 Los Osos, CA 93412 805-550-7703 | *Imagination* Stair 215 Between Deck 10 and 11 | Around 5:00 p.m., while ascending the stairs, the tip of her slip-on slippers caught on the edge of the second step from the bottom. She |

| | | Sharon.hicklin@gmail.com | | fell forward and she sustained minor sprain to her right big toe. Watch Your Step signs were present. She did not report the incident until the following day. |
|---|---|---|---|---|
| 7 | October 11, 2022 | Melissa Downs 47 Jennifer Lane Carrollton, GA 30116 (678) 572-3836 Ms.melissadowns@gmail.com | *Ecstasy* Stair 215 Between Deck 9 and 8 | Around 5:45 p.m., while descending stairs, she slipped and tripped on the metal strip of a step towards the top, and fell forward and landed on the stair platform. She claims she hurt the back of her head and her right knee. She was wearing sandals with flat rubber soles. Initially she reported she lost her balance. Watch Your Step signs were posted. |
| 8 | February 23, 2023 | J.K. (minor) 16 Castle Drive Oswego, NY 13126 (315) 341-4294 Ted.knopp@gmail.com | *Paradise* Stair 215 Between Deck 5 and 6 | Around 7:30 p.m., minor passenger (age 4) was ascending stairs when he accidentally slipped/tripped on the step and fell forward, hitting his mouth on the step. He was wearing "Hey Dude" shoes. He sustained an avulsion to his right frontal incisor and fractured his left frontal incisor. |
| 9 | April 12, 2023 | Rob Cluxton 108 Bella Vista Court Summerville, SC 29486 108  Bella Vista Ct Summerville, SC 29486 (842) 480-2809 rcluxton@gmail.com | *Elation* Stair 215 Between Deck 10 and 9 | Around 10:30 a.m., while descending the stairs, he slipped one of the steps and twisted his right ankle. He was holding the handrail and braced himself to prevent a fall. He was wearing sandals. |
| 10 | April 17, 2023 | Reddie Drago | *Paradise* Stair 215 | Around 1:30 p.m., 74 year-old passenger was sitting on |

| | | **9682 Cypress Lakes Drive**<br>**Lakeland, FL 33810**<br>**(407) 715-0210**<br>**rsnowdrago@aol.com** | **Deck 4** | **staircase 215 on deck 4, and when she stood up her right foot slipped on the step, and she lost her balance and fell forward onto the carpeted floor. She was wearing flip flops at the time of her fall. She sustained a 10 cm laceration on her right lower leg and a 20 cm tear on her right forearm.** |
|---|---|---|---|---|

6. State any and all complaints received by CARNIVAL concerning the safety of passengers and/or crewmembers as a result of the slipperiness of the staircase upon which Plaintiff fell on the *Carnival Paradise* or all Fantasy class ships within the Discovery Period, and for each such complaint, please state: (a) the date of said complaint; (b) the name, address, and telephone number of the person making the complaint; (c) the substance of the complaint; and (d) the method the complaint was made (e.g., written comment care, etc.).

**RESPONSE: Per the parties' 7.1 discovery conference, Defendant ran a search for passenger complaints currently in its possession using the terms "stairs" and "slip" onboard the *Paradise* from November 1, 2018 through April 17, 2022. Defendant makes no representation that any of these complaints represent prior incidents that are substantially similar to Plaintiff's. The search results are attached as Exhibit A.**

| Ship | Sail Date | Booking | Last Name | First Name | Summary | iCare/TGEM |
|---|---|---|---|---|---|---|
| PA | 7/11/2019 | 7RDS04 | VALLES | TERESA | I do have one bad experience to mention. The Guest Services Representative, Andrea, was not so pleasant. On the second to last night, my boyfriend, family and I all went out to one of the nightclubs. Upon heading to the guest services desk after my boyfriend slipped on the wet staircase and hurt his ankle. Clearly we did notice that the steps had obvious wet streks from being mopped. There was not one "Caution" sign in sight! He fell down the stairs and was upset, walked up to guest services and was not greeted politely. He asked for a refund on his last drink considering he hadnt sipped it .. Andrea then said "First of all im gonna need you to calm down" Considering the situation and that he was NOT RUDE, this was unnecessary. She was not very helpful she told him the nurse would take quite some time to come to our room and that was up to him.  CARNIVAL WOULD HAD BEEN FULLY RESPONSIBLE IF HE WOULD HAVE HAD A MORE SERIOUS INJURY. . . Andrea, Please try to be more pleasant and empathetic when mistakes happen. | TGEM |
| PA | 7/25/2019 | 6VNB78 | SOUTH | JOHN | I was going down the inside stairs from the pool deck that leads down to the Casino deck.  I had only two sips of my first drink when I stepped on the second step, something was wet and I fell.  I bruised my arm, my back, and my butt; all left side.  I am not upset at slipping ( although you should probably have that stairway checked more frequently), as much as I was very disappointed when I tried to tell a crewmember about it being wet, he acknowledged me, but then just walked away.  So as I was standing there at the bottom of the same stairway, another passenger almost fell on the actual floor where there was liquid.  I stopped another crewmember and showed/told him that someone almost feel, and after he acknowledged me; he just walked off.  That was very sad; their non reactions when I was just trying to help keep anyone else from getting hurt. | TGEM |
| PA | 8/17/2019 | 9FCK74 | SUK | SUNHWA | My husband slipped on the stairs at 3rd day of our 5 nights trip and broke his ankle. It  might take him a few months to recover.Even though all the crews and food were so nice and good, we did not enjoy our first time cruise with canival. Hopefully we can get a another time to enjoy with canival. | TGEM |
| PA | 10/7/2019 | 7VFJ25 | WOTTON | KIMBERLY | My daughter slipped on the central staircase and fell down 5 steps. I ran to guest services and said I need a medic because she can't stand. Adam in guest services | TGEM |

said what do you need a medic for? I said I don't know, she just fell, can you hurry and get someone? He said well what's wrong? I said just please get someone! He was very slow to respond and rude. After, I called to get an ice pack for her leg, in the room and again, he was very rude on the phone. I don't think we were treated genuinely.

| PA | 11/14/2019 | 9TMB18 | GREO | EZEQUIEL | I fell and broke my foot from the slippery stairs | TGEM |
|----|-----------|--------|------|----------|---------------------------------------------------|------|
| PA | 5/26/2022 | T61LB3 | NEMI | KIMBERLY | Kimberly at the desk reported that she fell twice on the marble staircase in the lobby. | iCare |
| PA | 6/9/2022 | Z41VP2 | ROSE | MICHAEL | 911 call was received that Michael fell on the fwd stairs in between 8&9. | iCare |
| PA | 6/13/2022 | X13JR0 | DEAN | BONNETTE | GST informed GSA that she didn't want to walk downstairs outside on the lido deck so she walked downstairs inside and slipped and fell GST informed MC o the situation and gst wasn't happy that was going to be charged. Gst came to GSD to ask if she can use the wheelchair for the remainder of the cruise GSA said yes. | iCare |
| PA | 6/23/2022 | S95GV4 | LENTZ | CASSANDRA | GST reported that her son Takoki from cabin U17 fell down from Dk7 aft staircase last night approx. 2am and did not report to anyone. now he is in pain on his chest and back that needs medical assistance. NOD was contacted immediately. | iCare |
| PA | 7/30/2022 | Z43KB7 | POSPISTLE | SHELDON | 2:13 am. GSS received 911 call from Anthony Sellars (10 yrs) (U139) stating that his friend Sheldon (16 yrs) slipped down from the stairs and twisted his ankle.Location:  Deck 5 aft by guest elevator lobby. | iCare |
| PA | 7/30/2022 | B0D3S8 | PROUT | ALMA | Alma fell down on the stairs by the Lobby bar. | iCare |
| PA | 8/4/2022 | C2T1V9 | POIRIER | MELISSA | Melissa at GSD stating that she slipped while walking down the stairs yesterday and has pain in her leg. | iCare |
| PA | 8/13/2022 | B6V0B3 | SCHROEDER | EILEEN | Mrs. Eileen fell in the main lobby on Deck 7 while coming down the staircase. | iCare |

| | | | | | | |
|---|---|---|---|---|---|---|
| PA | 10/8/2022 | P16NG7 | HUSLER | JULIA | I slipped on a wet stair and went to medical. They suspended my drink package for the next day. I did not fall due to drinking. The step was wet. I was told I would be refunded the 1 day of the drink package and was never refunded. | TGEM |
| PA | 10/8/2022 | D1P8G9 | HEARNS | LORENZO | Guest Lorenzo slipped down the stairs between Dk 11 & Dk 10 aft on 10/10/2022 | iCare |
| PA | 10/22/2022 | G2M2L3 | MEDINA | APRIL | April slipped on the staircases in the Main Lobby while coming down. | iCare |
| PA | 11/14/2022 | W36XX2 | PACK | FRANKA | Franka at 911 reporting she fell at the stairs | iCare |
| PA | 11/18/2022 | T06NL4 | JARRATT | LOETTE | 911 call was placed by crew member that Mr. Loette had sustained an injury while coming down the stairs from deck 11 to deck 10. | iCare |
| PA | 2/6/2023 | F0C7X0 | TAVALARE | ANTHONY | 02/07/2023 09:20 - Gst fell on the lobby staircase. | iCare |
| PA | 2/6/2023 | J7B4R7 | LAKES | ANGELA | Angela reported at Guest services that she slipped twice from the lobby stairs | iCare |
| PA | 2/25/2023 | K2Q3D3 | HENDERSON | BRIDGET | EM: My daughter turned "27" on February 27 and was injured  February 28 on the cruise ship due to no fault of her own. There were individuals on the stairwell going downstairs in front of her that fell on top of her that were much larger than her | iCare |
| PA | 3/2/2023 | L6H8V4 | JONES | ALBACA | Albaca wi advising she was coming down the ladder and the side bar collapsed as she was going down the stairs. She states she then lost her balance and slid down the ladder with her left big toe hitting every stair on the way down. She stated her toe was black and blue. | iCare |
| PA | 3/20/2023 | K3P7D8 | STEWART | CRYSTAL | Gst was injured when another Gst fell on her on deck 10. Gst from R77 (Jimmy) fell on Crystal, when he fell from the staircase from deck 11 to deck 10. NOD responded to 911 call, all Gsts have been taken to the medical center. | iCare |
| PA | 3/25/2023 | H8H1N5 | WOODEN | ARIANNA | Arianna on 03/27/2023 in the morning reporting that she fell face down on the aft stairs serenity deck. | iCare |

| PA | 4/3/2023 | M5L0Z3 | MARTINEZ | ALICIA | Alicia came to GSD to report that she fell down the stairs. | iCare |
| PA | 4/17/2023 | D0H7L0 | DRAGO | REIDIE | 911 call received at 13:15pm that Reidie felt down from stair Reidie felt down from stairs, she had some scratches on her arm and leg. GSS assisted guest. NOD contacted, Wheelchair assistance called and gst assisted to MC. | iCare |
| PA | 4/17/2023 | H8L5W9 | RIVERA SERRALTA | BENJAMIN | GSS received 911 call from TM about the GST that fell down the stairs. | iCare |

## ACKNOWLEDGEMENT AND VERIFICATION OF
## ANSWERS TO
## PLAINTIFF'S FIRST SET OF INTERROGATORIES

Pursuant to 28 U.S.C. S 1746(2), I declare under penalty of perjury that while I do not have personal knowledge of all the facts recited in the foregoing Answers to Plaintiff's First Set of Interrogatories, the information contained therein has been collected and made available to me by other, and said Answers are true and correct to the best of my information, knowledge and belief based upon the information made available to me and therefore the foregoing Answers are verified on behalf of Carnival Corporation.

**Dated: September** _18_____, 2024

By:_____
      **Monica Borcegue**
      Guest Claims Manager
      On Behalf of Carnival Corporation